UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                              )
                                                   )  Case No. 17-12560-BLS
Woodbridge Group of Companies, LLC                 )
                                                   )
                          Debtor(s)                )  Adv. Proc. No. 19-50931-BLS
                                                   )
                                                   )
Michael Goldberg                                   )
                                                   )  MEDIATION STATUS REPORT
                   Plaintiff(s)                    )
                                                   )
               v.                                  )
                                                   )
Retirement Services LLC                            )
                   Defendant(s)                    )

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated
November 6, 2020 , the undersigned mediator reports that the mediation has not been completed
and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than
May 27, 2021 (*insert date*) for the following reason(s):

✔     A mediation session is scheduled to occur on
      May 27, 2021 .

_____ A mediation session needs to be scheduled, but the mediator has been
      unable to arrange a date and time.

_____ OTHER:

Dated: January 18, 2021

_____
Signature of Mediator

Leslie A. Berkoff
Name of Mediator
400 Garden City Plaza
Mailing Address
Garden City, NY 11530
City, State, Zip Code
516-873-2000
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)